UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**OWEN HARTY,**                                                              **CASE NO. 09-23519-CV-GRAHAM/Torres**

      **Plaintiff,**

vs.

**3101 CORPORATION, A Foreign Limited
Liability Company,**
      **Defendant.**                               /

### STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, by and through their undersigned attorneys, hereby stipulate to the dismissal of the instant action with prejudice, each party bearing their own attorneys fees, costs and litigation expenses.

Respectfully submitted,

| | |
|---|---|
| /s/ Thomas B. Bacon | /s/ R. THOMAS FARRAR |
| Thomas B. Bacon, Esq. | R. THOMAS FARRAR, Esq. |
| Florida Bar No. 39262 | Fla. Bar No. 114790 |
| tbb@thomasbaconlaw.com | Four Seasons Tower, Suite 1400 |
| Thomas B. Bacon, P.A. | 1441 Brickell Avenue |
| 4868 S.W. 103rd Ave. | Miami, FL 33131 |
| Cooper City, Florida 33328 | Tel. (305) 372-8786 |
| Tel:    954-478-7811 | Fax (305) 379-7018 |
| Fax:   954-237-1990 | tom@farrarlaw.net |
| Attorney for Plaintiffs | Attorney for Defendants |